DATE: 6/12/2013                                    AT: 4:54 p.m.
                                                   Time: 8 min.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

DOCKET NUMBER: CV 08-4526

TITLE: Varriccio v. Nassau County

FTR: 4:46-4:54

  X        CASE CALLED.

  X        COUNSEL FOR ALL SIDES PRESENT.

_____    COUNSEL FOR _____ NOT PRESENT.

  X        CONFERENCE HELD.

_____    DISCOVERY TO BE COMPLETED BY_____

_____    PARTIES TO COMPLETE_____
           BY THE NEXT CONFERENCE OR BY_____

_____    NEXT STATUS PHONE CONFERENCE SET FOR_____

_____    CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
           FOR_____

_____    MOTION TO BE FILED BY ___//2013 ;
                    RESPONSE BY ___//2013 ;
                    REPLY BY     ___//2013 .

_____    ORAL ARGUMENT SET FOR ___//2013 at _____

_____    JURY SELECTION SET FOR_____

_____    TRIAL SET FOR_____

  X        OTHER Parties are to file pre-trial orders by 9/30/13.